Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

Attorneys for plaintiff
    Fadi G. Haddad, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FADI G. HADDAD, M.D.,                                 No.

                                                 **COMPLAINT FOR**
      Plaintiff,                            **ERISA BENEFITS**
  vs.

SMG LONG TERM DISABILITY PLAN, AND
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

      Defendants.
_____/

Comes now plaintiff alleging of defendant as follows:

**Jurisdiction**

1. This suit seeks review of a failure to extend benefits under a healthcare plan

covered by ERISA, 28 U.S.C. 1132. Federal jurisdiction arises under 28 U.S.C. 1132(f).

**First Claim for Relief - ERISA Benefits**

2. Plaintiff Fadi G. Haddad, M.D. is a plan participant in the Sutter Medical Group

Long Term Disability Plan. Both Dr. Haddad and the Plan reside in this judicial district. The plan is

covered by the Employee Retirement Income Security Act of 1974.

**Complaint**                                    1

3. Defendant Hartford Life and Accident Insurance Company ("Hartford") is an insurance company which acts as the claims administrator of the plan, insures the plan and makes the decision whether or not to pay the claim in issue.

4. Plaintiff became disabled on March 5, 2015, during his employment by Sutter Medical Group and while covered under the Plan. The Plan provides for payment in the event of disability.

5. Dr. Haddad applied for short term disability benefits under the plan on March 24, 2015. Hartford claims that because he filed a claim within 12 months of his coverage effective date that he was subject to a Pre-Existing Limitation investigation. They determined that his claim did not meet the pre-existing exclusion provision and limited the benefits 6 payable weeks under the terms of the policy. The claim was terminated as of May 15, 2015. Dr. Haddad appealed the decision on May 10, 2016, and it was denied on May 18, 2016. The short term plan benefit normally rolls over to long term at the expiration of the short term benefit, and the failure to grant the short term benefit will preclude the plan from paying any long term benefit so that no additional application or appeal is required, and any such would be futile since it would have the same exclusion for pre-existing conditions.

6. As a proximate result thereof, Dr. Haddad has been damaged by the loss of benefits from May 16, 2015. The plan pays individual benefit amounts equal to 60 percent of Covered Earnings up to a maximum of $25,000.00 per month.   Benefits lost to date are in excess of $300,000, plus interest.

7. Plaintiff has been compelled to retain counsel to collect the benefits owed, and is entitled to reasonable attorneys fees under ERISA in an amount dependent upon the extent of litigation required and estimated at $200,000 through trial.

**Complaint** 2

Wherefore, plaintiff prays for relief as set forth below.

### Prayer for Relief

Wherefore, plaintiff prays for relief as follows:

1. For benefits due under the Plan according to proof, and prejudgment interest thereon;

2. For an award of interest against defendants according to proof, or at the rate of 10% per annum;

3. For attorneys fees of $220,000 or according to proof; and

4. For such other relief as the court deems just and proper.

Dated: July 22, 2016        /s/ Laurence F. Padway
Laurence F. Padway
Attorney for plaintiff
Fadi G. Haddad, M.D.

**Complaint**                              3