LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN 89314)
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: 510.814.6100
Fax: 510.814.0650
*Attorneys for Plaintiff Fadi G. Haddad, M.D.*

Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
Cindy Mekari (SBN 272465)
E-mail: cmekari@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700
*Attorneys for Defendant Hartford Life and Accident Insurance Company*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO**

| | |
|---|---|
| FADI G. HADDAD, M.D., | Case No. 2:16-cv-01700-WHO |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION CUT-OFF RE: DISCOVERY BY SIX WEEKS; and ORDER** |
| v. | |
| SMG LONG TERM DISABILITY PLAN, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

Plaintiff Fadi G. Haddad, M.D. ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Hartford") hereby agree to continue the deadline to file a joint brief regarding any discovery dispute as follows:

1. WHEREAS, under Local Rule 37-3 discovery motions/briefs must be filed within 7 days after the discovery cut-off.

2. WHEREAS, the discovery cut-off in this case was February 24, 2017, requiring any briefing regarding discovery disputes be filed by March 3, 2017.

3. WHEREAS the parties currently have a discovery dispute which they are meeting and conferring over.  The parties hope to resolve the issue but, if not, they request six weeks to file a joint discovery brief.  The extra-time is needed both because the dispute itself has only recently arisen and thus the parties need more time to meet and confer and Plaintiff's counsel is undergoing a medical procedure in early March and will likely not be able to devote time to discovery issues while he is recuperating.  No other case management dates will be impacted by this stipulation.

4. IT IS THEREFORE STIPULATED that the deadline to file a joint brief regarding any discovery dispute will be continued from February 24, 2017 to April 7, 2017.

Dated:  February 28, 2017                     Law Offices of Laurence F. Padway

                                              By: */s/ Laurence F. Padway*
                                                  *[As authorized on*
                                                  Laurence F. Padway
                                              Attorneys for Plaintiff
                                              Fadi G. Haddad, M.D.

Dated:  February 28, 2017                     Burke, Williams & Sorensen, LLP

                                              By: */s/ Michael B. Bernacchi*
                                                  Michael B. Bernacchi
                                                  Cindy Mekari
                                              Attorneys for Defendant
                                              Hartford Life and Accident Insurance Company

# ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Laurence F. Padway, attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated: February 28, 2017

          /S/ Laurence F. Padway
          LAURENCE F. PADWAY
          Attorneys for Plaintiff

# ORDER

Pursuant to stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline to file a joint brief regarding any discovery dispute will be continued from February 24, 2017 to April 7, 2017.

IT IS SO ORDERED.

Dated: February 28, 2017

          _____
          Hon. William H. Orrick III
          United States District Judge