1  LAW OFFICES OF LAURENCE F. PADWAY
   Laurence F. Padway (SBN 89314)
2  1516 Oak Street, Suite 109
   Alameda, CA 94501
3  Tel: 510.814.6100
   Fax: 510.814.0650
4  *Attorneys for Plaintiff Fadi G. Haddad, M.D.*

5  Michael B. Bernacchi (SBN 163657)
   E-mail: mbernacchi@bwslaw.com
6  Cindy Mekari (SBN 272465)
   E-mail: cmekari@bwslaw.com
7  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
8  Los Angeles, CA 90071-2953
   Tel: 213.236.0600
9  Fax: 213.236.2700
   *Attorneys for Defendant Hartford Life and*
10 *Accident Insurance Company*

**FILED**

Apr 07, 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| FADI G. HADDAD, M.D., | Case No. 2:16-cv-01700-WHO |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION CUT-OFF RE: DISCOVERY BY ONE WEEK; and [PROPOSED] ORDER** |
| v. | |
| SMG LONG TERM DISABILITY PLAN, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

Plaintiff Fadi G. Haddad, M.D. ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Hartford") hereby agree to continue the deadline to file a joint brief regarding any discovery dispute as follows:

1. WHEREAS, under Local Rule 37-3 discovery motions/briefs must be filed within 7 days after the discovery cut-off.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4848-2814-0087 v1

STIPULATION TO CONTINUE MOTION
CUT-OFF RE: DISCOVERY

2. WHEREAS, the discovery cut-off in this case was February 24, 2017, requiring a briefing regarding discovery disputes be filed by March 3, 2017. One previous extension has been requested and granted. The joint brief regarding any discovery dispute is currently due on April 7, 2017.

3. WHEREAS the parties currently have a discovery dispute on which they are meeting and conferring, and preparing a joint statement for the Court. The parties are hopeful that they will resolve the issue but, if not, they request an additional week to file a joint discovery letter. No other case management dates will be impacted by this stipulation.

4. IT IS THEREFORE STIPULATED that the deadline to file a joint brief regarding any discovery dispute will be continued from to April 7, 2017 to April 14, 2017.

Dated: April 7, 2017              Law Offices of Laurence F. Padway

                                  By: */s/ Laurence F. Padway*
                                      Laurence F. Padway
                                  Attorneys for Plaintiff
                                  Fadi G. Haddad, M.D.

Dated: April 7, 2017              Burke, Williams & Sorensen, LLP

                                  By: */s/ Michael B. Bernacchi*
                                      Michael B. Bernacchi
                                      Cindy Mekari
                                  Attorneys for Defendant
                                  Hartford Life and Accident Insurance Company

# ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Laurence F. Padway, attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated: April 7, 2017

      /S/ Laurence F. Padway
      LAURENCE F. PADWAY
      Attorneys for Plaintiff

# (PROPOSED) ORDER

Pursuant to stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline to file a joint brief regarding any discovery dispute will be continued from to April 7, 2017 to April 14, 2017.

IT IS SO ORDERED.

Dated: April 7, 2017

_____
Hon. William H. Orrick III
United States District Judge