# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**FILED**
Aug 17, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| **Date:** August 16, 2017 | **Time:** 19 minutes<br>2:00 p.m. to 2:19 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 16-cv-01700-WHO | **Case Name:** Haddad v. SMG | |

**Attorney for Plaintiff:** Laurence Padway
**Attorney for Defendant:** Michael B. Bernacchi

**Deputy Clerk:** Jean Davis           **Court Reporter:** Pamela Batalo

# PROCEEDINGS

Counsel appear for hearing on cross motions for summary judgment. The Court summarizes the issues of fact and medical evidence which have been presented. The circumstances of causation are not identical to those described in existing case law, and the Court asks that counsel focus their argument upon the case law they believe to be most instructive whether Dr. Haddad's current symptoms represent a separate condition or grow out of treatment of the plaintiff's original condition.

Argument of counsel heard. Motions taken under submission; written order to follow.