# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI G. HADDAD, M.D., <br><br> Plaintiff, <br><br> v. <br><br> SMG LONG TERM DISABILITY PLAN AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:16-CV-01700-WHO <br><br> **ORDER ADOPTING CASE MANAGEMENT PROPOSAL** <br><br> Docket No. 50 |

The briefing schedule set forth in the Updated Joint Case Management Statement (Dkt. No. 50) is adopted, and the request that the remaining LTD claim be remanded once the STD claim is resolved is granted. Absent prior agreement on the STD benefits, Concurrent Opening Briefs limited to twelve pages will be filed by May 10, 2019, with Concurrent Reply Briefs limited to ten pages filed by May 17, 2019. Fourteen days after the Court issues a decision on the STD benefit calculation, plaintiff's counsel shall file a motion for fees if that issue is not resolved.

The Case Management Conference scheduled for April 9, 2019 is VACATED.

**IT IS SO ORDERED.**

Dated: April 5, 2019

William H. Orrick
United States District Judge