| | |
|---|---|
| 1 | LAW OFFICES OF LAURENCE F. PADWAY |
| | Laurence F. Padway (SBN 89314) |
| 2 | 1516 Oak Street, Suite 109 |
| | Alameda, CA 94501 |
| 3 | Tel: 510.814.6100 |
| | Fax: 510.814.0650 |
| 4 | *Attorneys for Plaintiff Fadi G. Haddad, M.D.* |
| 5 | Michael B. Bernacchi (SBN 163657) |
| | E-mail: mbernacchi@bwslaw.com |
| 6 | Keiko J. Kojima (SBN 206595) |
| | E-mail: kkojima@bwslaw.com |
| 7 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 444 South Flower Street, Suite 2400 |
| 8 | Los Angeles, CA 90071-2953 |
| | Tel: 213.236.0600 |
| 9 | Fax: 213.236.2700 |
| | *Attorneys for Defendant Hartford Life and* |
| 10 | *Accident Insurance Company* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| FADI G. HADDAD, M.D., | Case No. 2:16-cv-01700-WHO |
| Plaintiff, | **STIPULATION TO CONTINUE DEADLINE TO SUBMIT AGREEMENT RE STD BENEFITS; AND ORDER** |
| v. | |
| SMG LONG TERM DISABILITY PLAN, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

The Parties, Plaintiff Fadi G. Haddad, M.D. ("Plaintiff" or "Dr. Haddad"), and Defendant Hartford Life and Accident Insurance Company ("Hartford"), through their respective counsel, hereby stipulate and agree based on the following:

WHEREAS, on April 3, 2019, the Parties filed their updated joint case management statement proposing a briefing schedule to resolve the outstanding STD claim. [Dkt. 50] The Court approved the briefing proposal and set the

following briefing deadlines: (1) concurrent opening briefs due by May 10, 2019; and (2) concurrent reply briefs due by May 17, 2019. [Dkt. 51]

WHEREAS, the Parties have reached an agreement to resolve the outstanding STD claim and allow this case to be remanded back to Hartford for the adjudication of Dr. Haddad's LTD claim. However, the Parties require a short extension of time to secure approval of the final form of the documentation. Accordingly, they request that the briefing schedule in Docket 51 be vacated, and that the Parties be ordered to file their stipulation resolving the STD case and remanding the LTD case on or before May 17, 2019.

IT IS SO STIPULATED.

Dated: May 10, 2019                    Law Offices of Laurence F. Padway

By: */s/ Laurence F. Padway*
    Laurence F. Padway
Attorneys for Plaintiff
Fadi G. Haddad, M.D.

Dated: May 10, 2019                    Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
    Michael B. Bernacchi
    Keiko J. Kojima
Attorneys for Defendant
Hartford Life and Accident Insurance Company

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael B. Bernacchi, attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated: May 10, 2019          By: */s/ Michael B. Bernacchi*
                                  Michael B. Bernacchi

## **ORDER**

Pursuant to stipulation, and good cause appearing, IT IS HEREBY ORDERED that the briefing schedule in Docket 51 is vacated and that the Parties are ordered to submit their agreement resolving the STD benefits and remanding the LTD claim on or before May 17, 2019.

IT IS SO ORDERED.

Dated: May 15, 2019          _____
                             Hon. William H. Orrick III
                             United States District Judge