| | |
|---|---|
| 1 | LAW OFFICES OF LAURENCE F. PADWAY |
| | Laurence F. Padway (SBN 89314) |
| 2 | 1516 Oak Street, Suite 109 |
| | Alameda, CA 94501 |
| 3 | Tel: 510.814.6100 |
| | Fax: 510.814.0650 |
| 4 | *Attorneys for Plaintiff Fadi G. Haddad, M.D.* |

LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN 89314)
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: 510.814.6100
Fax: 510.814.0650
*Attorneys for Plaintiff Fadi G. Haddad, M.D.*

Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700
*Attorneys for Defendant Hartford Life and Accident Insurance Company*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| FADI G. HADDAD, M.D., | Case No. 2:16-cv-01700-WHO |
| Plaintiff, | **SECOND STIPULATION TO CONTINUE DEADLINE TO SUBMIT AGREEMENT RE STD BENEFITS; AND [~~PROPOSED~~] ORDER** |
| v. | |
| SMG LONG TERM DISABILITY PLAN, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

The Parties, Plaintiff Fadi G. Haddad, M.D. ("Plaintiff" or "Dr. Haddad"), and Defendant Hartford Life and Accident Insurance Company ("Hartford"), through their respective counsel, hereby stipulate and agree based on the following:

WHEREAS, on April 3, 2019, the Parties filed their updated joint case management statement proposing a briefing schedule to resolve the outstanding STD claim. [Dkt. 50] The Court approved the briefing proposal and set the

following briefing deadlines: (1) concurrent opening briefs due by May 10, 2019; and (2) concurrent reply briefs due by May 17, 2019. [Dkt. 51]

WHEREAS, the Parties have reached an agreement to resolve the outstanding STD claim and allow this case to be remanded back to Hartford for the adjudication of Dr. Haddad's LTD claim. The Parties requested that the briefing schedule in Docket 51 be vacated, which the Court granted and ordered the Parties to file their stipulation on or before May 17, 2019. [Dkt. 52, 53] However, the Parties actually intended to request more time, but due to a scrivener's error, put in the wrong date.

WHEREAS, the Parties request an additional extension to file a stipulation regarding the resolution of the STD case up to and including May 22, 2019.

IT IS SO STIPULATED.

Dated: May 17, 2019          Law Offices of Laurence F. Padway

                             By: */s/ Laurence F. Padway*
                                 Laurence F. Padway
                             Attorneys for Plaintiff
                             Fadi G. Haddad, M.D.

Dated: May 17, 2019          Burke, Williams & Sorensen, LLP

                             By: */s/ Michael B. Bernacchi*
                                 Michael B. Bernacchi
                                 Keiko J. Kojima
                             Attorneys for Defendant
                             Hartford Life and Accident Insurance Company

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael B. Bernacchi, attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated: May 17, 2019          By: */s/ Michael B. Bernacchi*
                                                Michael B. Bernacchi

## **(PROPOSED) ORDER**

Pursuant to stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Parties shall file their agreement resolving the STD benefits and remanding the LTD claim on or before May 22, 2019.

IT IS SO ORDERED.

Dated: May 20, 2019                               _____
                                                  Hon. William H. Orrick III
                                                  United States District Judge