| | |
|---|---|
| 1 | LAW OFFICES OF LAURENCE F. PADWAY |
| | Laurence F. Padway (SBN 89314) |
| 2 | 1516 Oak Street, Suite 109 |
| | Alameda, CA 94501 |
| 3 | Tel: 510.814.6100 |
| | Fax: 510.814.0650 |
| 4 | *Attorneys for Plaintiff Fadi G. Haddad, M.D.* |
| 5 | Michael B. Bernacchi (SBN 163657) |
| | E-mail: mbernacchi@bwslaw.com |
| 6 | Keiko J. Kojima (SBN 206595) |
| | E-mail: kkojima@bwslaw.com |
| 7 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 444 South Flower Street, Suite 2400 |
| 8 | Los Angeles, CA 90071-2953 |
| | Tel: 213.236.0600 |
| 9 | Fax: 213.236.2700 |
| | *Attorneys for Defendant Hartford Life and* |
| 10 | *Accident Insurance Company* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| FADI G. HADDAD, M.D., | Case No. 2:16-cv-01700-WHO |
| Plaintiff, | **JOINT NOTICE OF RESOLUTION OF THE STD CLAIM AND REQUEST FOR FURTHER STATUS CONFERENCE RE: REMAND OF LTD CLAIM; AND (PROPOSED) ORDER** |
| v. | |
| SMG LONG TERM DISABILITY PLAN, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

Come now Plaintiff Fadi G. Haddad, M.D. ("Plaintiff" or "Dr. Haddad"), and Defendant Hartford Life and Accident Insurance Company ("Hartford"), through their respective counsel, and inform the Court of the following:

The Parties have now reached a settlement to resolve the outstanding Short-Term Disability (STD) claim to allow this case to be remanded back to Hartford for the adjudication of Dr. Haddad's Long-Term Disability (LTD) claim. The Parties

| | |
|---|---|
| 1 | have agreed upon the form of the settlement agreement. However, it will require a |
| 2 | few days for all of the signatures to be obtained. Following the execution of the |
| 3 | settlement agreement by the Parties and the disbursement of the settlement proceeds |
| 4 | by Hartford, the Parties will request that the STD portion of this case be dismissed |
| 5 | with prejudice. |

This Court's order of August 23, 2017 (Docket 34) at fn. 8 declined to reach the LTD allegations. If there is a need for further litigation following the remand, the Parties would like to have it stay before this Court. Accordingly, the Parties will likely request that the Court retain jurisdiction of this case throughout the remand and are thus currently discussing remand procedures and time limits. The Parties request that the Court set a telephonic status conference in this case in approximately 14 days to address the remand of the LTD claim back to the ERISA claims administrator. If the Parties agree on a process for the remand before then, they will submit the necessary stipulation to the Court.

IT IS SO STIPULATED.

Dated: May 23, 2019  Law Offices of Laurence F. Padway

By: */s/ Laurence F. Padway*
    Laurence F. Padway
Attorneys for Plaintiff
Fadi G. Haddad, M.D.

Dated: May 23, 2019  Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
    Michael B. Bernacchi
    Keiko J. Kojima
Attorneys for Defendant
Hartford Life and Accident Insurance Company

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael B. Bernacchi, attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated: May 23, 2019     By: */s/ Michael B. Bernacchi*
                           Michael B. Bernacchi

## **(PROPOSED) ORDER**

Good cause appearing, IT IS HEREBY ORDERED that:

1. A telephonic status conference is set for June 11, 2019 at 2:00 p.m. to address the remand of the LTD claim back to the ERISA claims administrator. If the Parties agree on a process for the remand before then, they will submit the necessary stipulation to the Court.

IT IS SO ORDERED.

Dated: May 24, 2019     _____
                           Hon. William H. Orrick III
                           United States District Judge