| | |
|---|---|
| 1 | LAW OFFICES OF LAURENCE F. PADWAY |
| | Laurence F. Padway (SBN 89314) |
| 2 | 1516 Oak Street, Suite 109 |
| | Alameda, CA 94501 |
| 3 | Tel: 510.814.6100 |
| | Fax: 510.814.0650 |
| 4 | *Attorneys for Plaintiff Fadi G. Haddad, M.D.* |
| 5 | Michael B. Bernacchi (SBN 163657) |
| | E-mail: mbernacchi@bwslaw.com |
| 6 | KEIKO J. KOJIMA (SBN 206595) |
| | E-MAIL: KKOJIMA@BWSLAW.COM |
| 7 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 444 South Flower Street, Suite 2400 |
| 8 | Los Angeles, CA 90071-2953 |
| | Tel: 213.236.0600 |
| 9 | Fax: 213.236.2700 |
| | *Attorneys for Defendant Hartford Life and* |
| 10 | *Accident Insurance Company* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| FADI G. HADDAD, M.D., | Case No. 2:16-cv-01700-WHO |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; and ORDER** |
| v. | |
| SMG LONG TERM DISABILITY PLAN, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| | Date: **November 5, 2019** |
| Defendants. | Time: **2:00 p.m.** |

The Parties, Plaintiff Fadi G. Haddad, M.D. ("Plaintiff" or "Dr. Haddad"), and Defendant Hartford Life and Accident Insurance Company ("Hartford"), through their respective counsel, hereby stipulate and agree based on the following:

WHEREAS, the Court scheduled a case management conference for November 5, 2019 at 2:00 p.m.; and,

WHEREAS, counsel for plaintiff was admitted to the hospital today and will

be unavailable to attend the case management conference as scheduled; and,

WHEREAS, the parties are still working on the claim and do not require the Court's assistance at this time;

NOW, therefore, the parties stipulate to continue the case management conference to December 17, 2019 at 2:00 p.m.

Dated: November 4, 2019      Law Offices of Laurence F. Padway

By: */s/ Laurence F. Padway*
    Laurence F. Padway
Attorneys for Plaintiff
Fadi G. Haddad, M.D.

Dated: November 4, 2019      Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
    Michael B. Bernacchi
    Cindy Mekari
Attorneys for Defendant
Hartford Life and Accident Insurance Company

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Laurence F. Padway, attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated: November 4, 2019

/S/ Laurence F. Padway
LAURENCE F. PADWAY
Attorneys for Plaintiff

- 2 -

STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE; AND
[PROPOSED ORDER

**ORDER**

Pursuant to stipulation, and good cause appearing, IT IS HEREBY ORDERED that the telephonic case management conference in the above matter be continued to December 17, 2019 at 2:00 p.m.

IT IS SO ORDERED.

Dated: December 11, 2019

_____
Hon. William H. Orrick III
United States District Judge