1  LAW OFFICES OF LAURENCE F. PADWAY
   Laurence F. Padway (SBN 89314)
2  1516 Oak Street, Suite 109
   Alameda, CA 94501
3  Tel:  510.814.6100
   Fax:  510.814.0650
4  *Attorneys for Plaintiff Fadi G. Haddad, M.D.*

5  Michael B. Bernacchi (SBN 163657)
   E-mail:  mbernacchi@bwslaw.com
6  Keiko J. Kojima (SBN 206595)
   E-mail:  kkojima@bwslaw.com
7  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
8  Los Angeles, CA  90071-2953
   Tel: 213.236.0600
9  Fax: 213.236.2700
   *Attorneys for Defendant Hartford Life and*
10 *Accident Insurance Company*

11

12              **UNITED STATES DISTRICT COURT**

13        **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO**

14

15 FADI G. HADDAD, M.D.,              Case No. 2:16-cv-01700-WHO

16             Plaintiff,             **STIPULATION TO CONTINUE
                                      TELEPHONIC CASE**
17 v.                                 **MANAGEMENT CONFERENCE;
                                      AND** ~~**[PROPOSED]**~~ **ORDER**
18 SMG LONG TERM DISABILITY
   PLAN, AND HARTFORD LIFE            **Date:    December 17, 2019**
19 AND ACCIDENT INSURANCE             **time:    2:00 p.m.**
   COMPANY,
20
             Defendants.
21

22

23        The Parties, Plaintiff Fadi G. Haddad, M.D. ("Plaintiff" or "Dr. Haddad"),

24 and Defendant Hartford Life and Accident Insurance Company ("Hartford"),

25 through their respective counsel, hereby stipulate and agree based on the following:

26        WHEREAS, the parties stipulated and the Court agreed to continue the Case

27 Management Conference from November 5, 2019 to December 17, 2019 due to a

28 medical emergency suffered by Plaintiff's counsel.  [Dkt. Nos. 66, 67]

STIPULATION TO CONTINUE TELEPHONIC
CASE MANAGEMENT CONFERENCE; AND
[PROPOSED] ORDER

WHEREAS, since the continuance Plaintiff's counsel has been informed by Hartford that the Long-Term Disability (LTD) claim submitted by Dr. Haddad has been approved through March, 2018 and that further benefits beyond that date may be approved upon receipt of additional information from his client.

WHEREAS, the parties still may have a dispute as to how the LTD benefits paid to Dr. Haddad will be calculated under the terms of the Policy, but need more time to clarify the issue.

NOW, therefore, the parties stipulate to continue the case management conference for a further 30 days from December 17, 2019 to January 16, 2020 at 2:00 p.m.

IT IS SO STIPULATED.

Dated:  December 13, 2019                    Law Offices of Laurence F. Padway


                                             By: */s/ Laurence F. Padway*
                                                Laurence F. Padway
                                                Attorneys for Plaintiff
                                                Fadi G. Haddad, M.D.

Dated:  December 13, 2019                    Burke, Williams & Sorensen, LLP


                                             By: */s/ Michael B. Bernacchi*
                                                Michael B. Bernacchi
                                                Keiko J. Kojima
                                                Attorneys for Defendant
                                                Hartford Life and Accident Insurance
                                                Company

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Michael B. Bernacchi, attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated:  December 13, 2019                    By: */s/ Michael B. Bernacchi*
                                                Michael B. Bernacchi

1

# (PROPOSED) ORDER

2

3        Pursuant to stipulation, and good cause appearing, IT IS HEREBY

4   ORDERED that the telephonic case management conference in the above matter be

5   continued to January 16, 2020 at 2:00 p.m.

6        IT IS SO ORDERED.

7

8   Dated: December 13, 2019        _____

9                                   Hon. William H. Orrick III
                                    United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28