UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI G. HADDAD, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>SMG LONG TERM DISABILITY PLAN, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendants. | Case No. 2:16-cv-01700<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 72 |

This dispute has been lingering far too long. The Case Management Conference set for March 24, 2020 is VACATED. I ORDER that on or before April 15, 2020, defendants shall file a statement calculating Plaintiff's benefits since returning to work and the amount of offset, if any, and addressing any other issue in dispute. The statement shall include step by step calculations so that Plaintiff may understand defendants' analysis. Defendants shall also provide Plaintiff with underlying documentation (or a pin citation to same if Plaintiff has said documents) on April 15, 2020. Plaintiff shall respond on or before April 29, 2020, with any counter-calculations and argument as necessary, including regarding any issue in dispute not previously identified by defendants. Defendants may reply by May 6, 2020. A telephonic hearing is set for May 20, 2020 at 2 p.m.

**IT IS SO ORDERED.**

Dated: March 19, 2020



William H. Orrick
United States District Judge