1

LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN 89314)

2

1516 Oak Street, Suite 109
Alameda, CA 94501

3

Tel:  510.814.6100
Fax:  510.814.0650

4

*Attorneys for Plaintiff Fadi G. Haddad, M.D.*

5

 Michael B. Bernacchi (SBN 163657)
 E-mail:  mbernacchi@bwslaw.com

6

 BURKE, WILLIAMS & SORENSEN, LLP
 444 South Flower Street, Suite 2400

7

 Los Angeles, CA  90071-2953
 Tel: 213.236.0600

8

 Fax: 213.236.2700
*Attorneys for Defendant Hartford Life and Accident*

9

*Insurance Company*

10

11

**UNITED STATES DISTRICT COURT**

12

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO**

13

14

FADI G. HADDAD, M.D.,

Case No. 2:16-cv-01700-WHO

15

Plaintiff,

**STIPULATIONAND ORDER CONTINUING BRIEFING AND HEARING SCHEDULE RE BENEFIT CALCULATIONS**

16

v.

17

SMG LONG TERM DISABILITY PLAN, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

18

19

Defendants.

20

21

22

23

        WHEREAS, Plaintiff's response to Defendant's Statement of Benefits Calculations is due

24

on April 29, 2020; and

25

26

        WHEREAS, counsel for Plaintiff underwent hand surgery on March 4, 2020, and the

27

recovery is quite slow and has limited his keyboarding;

28

1  Now, therefore, the parties respectfully request that the briefing and hearing schedule be

2  modified as follows:

3

4  Plaintiff's Response due          May 4, 2020

5  Defendant's Reply due            May 13, 2020

6  Hearing                          May 27, 2020

7

8

9  Dated:  April 29, 2020            Law Offices of Laurence F. Padway

10                                   By:_ s/ Laurence F. Padway
11                                        Laurence F. Padway
                                          Attorneys for Plaintiff
12                                        Fadi G. Haddad, M.D.

13  Dated:  April 29, 2020            Burke, Williams & Sorensen, LLP

14
                                     By: /s/ Michael B. Bernacchi
15                                        Michael B. Bernacchi
                                          Attorneys for Defendant
16                                        Hartford Life and Accident Insurance Company

17

18

19                                   **ORDER**

20

21

22

23  IT IS SO ORDERED.

24  DATED: _____4/30/2020_____        _____

25                                   HON. WILLIAM H. ORRICK
                                     UNITED STATES DISTRICT JUDGE
26

27

28

- 2 -                                CASE NO. 2:16-CV-1700 WHO
                                     STIPULATION