LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN 89314)
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: 510.814.6100
Fax: 510.814.0650
*Attorneys for Plaintiff Fadi G. Haddad, M.D.*

Michael B. Bernacchi (SBN 163657)
E-mail:  mbernacchi@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600
Fax: 213.236.2700
*Attorneys for Defendant Hartford Life and Accident Insurance Company*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| FADI G. HADDAD, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>SMG LONG TERM DISABILITY PLAN, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:16-cv-01700-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE RE BENEFIT CALCULATIONS**<br><br>**Status Conference:**<br>Date:  May 27, 2020<br>Time:  2:00 p.m. |

COMES NOW, Plaintiff Fadi G. Haddad, M.D. and Defendant Hartford Life and Accident Insurance Company and submit the following stipulation to this Court:

WHEREAS, the parties have an outstanding dispute over how Dr. Haddad's monthly long-term disability (LTD) benefit is being calculated, and have briefed, at least some of the issues, to the Court.

LA #4845-6850-2460 v1

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE RE BENEFIT CALCULATIONS

1    WHEREAS, a hearing on the benefit calculation has been set by the Court
2  for May 27, 2020.
3    WHEREAS, the parties have decided that they would like to attempt to
4  mediate this dispute in the next two weeks to see if they can resolve at least some of
5  the issues in front of the Court.  Accordingly, they are in the process of setting up a
6  mediation with Doug deVries, Esq., and would request that the Court continue the
7  May 27, 2020 hearing to give them time to conduct the mediation.
8    NOW, THEREFORE, the parties respectfully request that the hearing on
9  May 27, 2020 be continued for 14 days to **June 10, 2020**.
10   IT IS SO STIPULATED.

Dated:  May 22, 2020           Law Office of Laurence F. Padway

                                By: */s/ Laurence F. Padway*
                                    *[As authorized on May 22, 2020]*
                                    Laurence F. Padway
                                Attorneys for Plaintiff
                                Fadi G. Haddad, M.D.

Dated:  May 22, 2020           Burke, Williams & Sorensen, LLP

                                By: */s/ Michael B. Bernacchi*
                                    Michael B. Bernacchi
                                Attorneys for Defendant
                                Hartford Life and Accident Insurance
                                Company

**ORDER**

   IT IS SO ORDERED.

Dated: May 22, 2020           _____
                                Hon. William H. Orrick III
                                United States District Judge

LA #4845-6850-2460 v1        - 2 -        STIPULATION AND ORDER TO CONTINUE
                                          STATUS CONFERENCE RE BENEFIT
                                          CALCULATIONS