# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI G. HADDAD, M.D., <br><br> Plaintiff, <br><br> v. <br><br> SMG LONG TERM DISABILITY PLAN AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:16-CV-01700-WHO <br><br> **ORDER VACATING STATUS CONFERENCE AND REQUIRING FINAL JOINT SUBMISSION** |

The June 10, 2020 telephonic Status Conference is VACATED.  The Court will resolve the remaining dispute regarding the Hilton settlement offset on the papers.  The parties shall meet and confer and submit a final joint statement to the Court regarding the Social Security disability payments offset by June 17, 2020.

**IT IS SO ORDERED.**

Dated: June 9, 2020



William H. Orrick
United States District Judge