LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN 89314)
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: 510.814.6100
Fax: 510.814.0650
*Attorneys for Plaintiff Fadi G. Haddad, M.D.*

Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700
*Attorneys for Defendant Hartford Life and Accident Insurance Company*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| FADI G. HADDAD, M.D., <br><br> Plaintiff, <br><br> v. <br><br> SMG LONG TERM DISABILITY PLAN, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:16-cv-01700-WHO <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

Plaintiff Fadi G. Haddad, M.D. ("Haddad") and Defendant Hartford Life and Accident Insurance Company ("Hartford") hereby stipulate and request a short extension to submit a joint status report to the District Court on how to proceed in this litigation. On September 22, 2020, the Court set a deadline (in 90 days) for the parties to file a joint status report. [Dkt. 91] The parties are currently meeting and conferring on the report, but due to the holidays and the complexity of certain issues, they simply need more time. Accordingly, the parties request a short

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4836-4107-6693 v1

CASE NO. 2:16-CV-01700-WHO
STIPULATION AND ORDER FOR EXTENSION
OF TIME TO FILE JOINT STATUS REPORT

extension through and including January 8, 2021 to file their joint status report.

IT IS SO STIPULATED.

Dated:  December 21, 2020          Law Offices of Laurence F. Padway

By: */s/ Laurence F. Padway*
Laurence F. Padway
Attorneys for Plaintiff
Fadi G. Haddad, M.D.

Dated:  December 21, 2020          Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
Michael B. Bernacchi
Attorneys for Defendant
Hartford Life and Accident Insurance Company

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael B. Bernacchi, attest that concurrence in the filing of this document has been obtained from the other Signatory.

By: */s/ Michael B. Bernacchi*
Michael B. Bernacchi
Attorney for Defendant
Hartford Life and Accident Insurance Company

## **ORDER**

Good cause appearing, IT IS SO ORDERED.

Dated:  December 22, 2020

Hon. William H. Orrick III
United States District Judge