```
1   LAW OFFICES OF LAURENCE F. PADWAY
    Laurence F. Padway (SBN 89314)
2   1516 Oak Street, Suite 109
    Alameda, CA 94501
3   Tel:  510.814.6100
    Fax:  510.814.0650
4   Attorneys for Plaintiff Fadi G. Haddad, M.D.

5    Michael B. Bernacchi (SBN 163657)
     E-mail:  mbernacchi@bwslaw.com
6    BURKE, WILLIAMS & SORENSEN, LLP
     444 South Flower Street, Suite 2400
7    Los Angeles, CA  90071-2953
     Tel: 213.236.0600
8    Fax: 213.236.2700
     Attorneys for Defendant Hartford Life and Accident
9    Insurance Company
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| FADI G. HADDAD, M.D., | Case No. 2:16-cv-01700-WHO |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING AND HEARING SCHEDULE RE BENEFIT CALCULATIONS** |
| v. | |
| SMG LONG TERM DISABILITY PLAN, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

WHEREAS, Plaintiff's opening brief re computation of benefits and interest is due today; and

WHEREAS, defendant served updates to the claim file yesterday which contains 610 new pages of material;

Now, therefore, the parties respectfully request that the briefing and hearing schedule be modified to allow time to review the additional material:

| | |
|---|---|
| Plaintiff's Opening due | March 16, 2021 |
| Defendant's Response due | April 2, 2021 |
| Plaintiff's Reply due | April 9, 2021 |
| Hearing | April 27, 2021 at 2 p.m. |

Dated:  March 2, 2021

Law Offices of Laurence F. Padway

By:  *s/ Laurence F. Padway*
　　　Laurence F. Padway
Attorneys for Plaintiff
Fadi G. Haddad, M.D.

Dated:  March 2, 2021

Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
　　　Michael B. Bernacchi
Attorneys for Defendant
Hartford Life and Accident Insurance Company

**ORDER**

IT IS SO ORDERED.

DATED:  March 3, 2021

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE