Laurence F. Padway, #89314
LAW OFFICES OF LAURENCE F. PADWAY
2911 Lincoln Avenue
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650
*Attorneys for Plaintiff*
*Fadi G. Haddad, M.D.*

Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700
*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| FADI G. HADDAD, M.D., <br><br> Plaintiff, <br><br> v. <br><br> SMG LONG TERM DISABILITY PLAN, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:16-cv-01700-WHO <br><br> **STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE BRIEFING AND HEARING SCHEDULE RE BENEFIT CALCULATIONS** <br><br> Honorable William H. Orrick |

Plaintiff Fadi G. Haddad, M.D., and Defendant Hartford Life and Accident Insurance Company, through counsel, hereby stipulate and request a 14-day extension based on the following:

1. Plaintiff filed his opening brief re benefit calculations on March 16, 2021. [Dkt. 106] Defendant Hartford's responsive brief is due on April 2, 2021.

2. Following the submission of Plaintiff's opening brief, the parties have had further discussions regarding the calculation of the pre-disability monthly

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4834-4913-0979 v1 - 1 - STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE BRIEFING AND HEARING SCHEDULE RE BENEFIT CALCULATIONS

earnings (PDE) to see if they can reach an agreement without Court intervention. They also discussed trying to reach a global settlement regarding the pre-disability monthly earnings issue, the loan forgiveness issue (which the Court previously remanded back to the administrator) and the prejudgment interest.

3. The parties request a 14-day extension on the briefing to see if such an agreement can be worked out without further briefing and expense. Therefore, the parties respectfully request the following dates be continued by 14 days:

- Defendant's Response/Accompanying Declaration answering the Court's questions continued from April 2, 2021 to **April 16, 2021**
- Plaintiff's Reply continued from April 9, 2021 to **April 23, 2021**
- Hearing continued from April 27, 2021 to **May 11, 2021 at 2 p.m.**

IT IS SO STIPULATED.

Dated:  March 30, 2021         LAW OFFICES OF LAURENCE F. PADWAY

By: */s/ Laurence F. Padway*
Laurence F. Padway
Attorneys for Plaintiff Fadi G. Haddad, M.D.

Dated:  March 30, 2021         BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Michael B. Bernacchi*
Michael B. Bernacchi
Attorneys for Defendant Hartford Life and Accident Insurance Company

## ORDER

Good cause appearing, IT IS SO ORDERED.

Dated: March 30, 2021         _____
Honorable William H. Orrick
United States District Judge