1   Laurence F. Padway, #89314
    LAW OFFICES OF LAURENCE F. PADWAY
2   2911 Lincoln Avenue
    Alameda, CA  94501
3   Telephone:  (510) 814-6100
    Facsimile:  (510) 814-0650
4   *Attorneys for Plaintiff*
    *Fadi G. Haddad, M.D.*
5
    Michael B. Bernacchi (SBN 163657)
6   E-mail:  mbernacchi@bwslaw.com
    BURKE, WILLIAMS & SORENSEN, LLP
7   444 South Flower Street, Suite 2400
    Los Angeles, CA  90071-2953
8   Tel: 213.236.0600
    Fax: 213.236.2700
9   *Attorneys for Defendant*
    *Hartford Life and Accident Insurance Company*
10

11              **UNITED STATES DISTRICT COURT**

12        **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO**

13

14   FADI G. HADDAD, M.D.,                Case No. 2:16-cv-01700-WHO

15              Plaintiff,                **THIRD STIPULATION AND ORDER TO FURTHER CONTINUE BRIEFING AND HEARING SCHEDULE RE BENEFIT CALCULATIONS**
16   v.

17   SMG LONG TERM DISABILITY
     PLAN, AND HARTFORD LIFE
18   AND ACCIDENT INSURANCE          Honorable William H. Orrick
     COMPANY,
19
                Defendants.
20

21

22        Plaintiff Fadi G. Haddad, M.D., and Defendant Hartford Life and Accident

23   Insurance Company, through counsel, hereby stipulate and request a 14-day

24   extension based on the following:

25        1.    Plaintiff filed his opening brief re benefit calculations on March 16,

26   2021.  [Dkt. 106]

27        2.    Following the submission of Plaintiff's opening brief, the parties have

28   had further discussions regarding the calculation of the pre-disability monthly

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4816-1178-0069 v1        - 1 -        THIRD STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE BRIEFING AND HEARING SCHEDULE RE BENEFIT CALCULATIONS

earnings (PDE) to see if they can reach an agreement without Court intervention. They also discussed trying to reach a <u>global</u> settlement regarding the pre-disability monthly earnings issue, the loan forgiveness issue (which the Court previously remanded back to the administrator) and the prejudgment interest.

3.      On March 30, 2021, the parties requested and received a 14-day extension on the briefing to see if such an agreement can be worked out without further briefing and expense.  [Dkt. 109, 110]  Defendant Hartford's Response and accompanying Declaration is due April 16, 2021.  Plaintiff's Reply is due April 23, 2021.  The hearing is set for May 11, 2021 at 2 p.m.

4.      The parties have exchanged offers on the Pre-disability Earnings (PDE) issue and, if that resolves, will focus on Plaintiff's claim for prejudgment interest.  In addition, the attorney for Hartford has/had several filings this week and last week making it difficult for him to interact with the ERISA Plan's attorney who has recently left his position.  Thus, Hartford needs more time to obtain a declaration from the Plan if the case does not settle as suggested in the Court's previous minute order.  The parties require a further extension of 14 days to see if the matter can be resolved and a 21-day extension of the hearing date due to scheduling issues.

- •       Defendant's Response/Accompanying Declaration answering the Court's questions continued from April 16, 2021 to <u>April 30, 2021</u>.
- •       Plaintiff's Reply continued from April 23, 2021 to <u>May 7, 2021</u>.
- •       Hearing continued from May 11, 2021 to <u>June 1, 2021</u> at 2 p.m.

IT IS SO STIPULATED.

Dated:  April 12, 2021          LAW OFFICES OF LAURENCE F. PADWAY

By: */s/ Laurence F. Padway*
     *[As authorized on April 12, 2021]*
     Laurence F. Padway
     Attorneys for Plaintiff Fadi G. Haddad, M.D.

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4816-1178-0069 v1                - 2 -          THIRD STIPULATION AND [PROPOSED] ORDER TO
FURTHER CONTINUE BRIEFING AND HEARING
SCHEDULE RE BENEFIT CALCULATIONS

1   Dated:  April 12, 2021          BURKE, WILLIAMS & SORENSEN, LLP

2                                   By: */s/ Michael B. Bernacchi*
3                                   _____
                                    Michael B. Bernacchi
4                                   Attorneys for Defendant Hartford Life and
                                    Accident Insurance Company
5

6

7                                   **<u>ORDER</u>**

8          Good cause appearing, IT IS SO ORDERED.

9

10  Dated:    April 12, 2021        _____
11                                  Honorable William H. Orrick
                                    United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4816-1178-0069 v1          - 3 -          THIRD STIPULATION AND [PROPOSED] ORDER TO
FURTHER CONTINUE BRIEFING AND HEARING
SCHEDULE RE BENEFIT CALCULATIONS