Laurence F. Padway (SBN 89314)
LAW OFFICES OF LAURENCE F. PADWAY
2911 Lincoln Avenue
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650
*Attorneys for Plaintiff*
*Fadi G. Haddad, M.D.*

Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700
*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO**

| | |
|---|---|
| FADI G. HADDAD, M.D., <br><br> Plaintiff, <br><br> v. <br><br> SMG LONG TERM DISABILITY PLAN, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:16-cv-01700-WHO <br><br> **FOURTH STIPULATION AND ORDER TO FURTHER CONTINUE BRIEFING AND HEARING SCHEDULE RE BENEFIT CALCULATIONS** <br><br> Honorable William H. Orrick |

Plaintiff Fadi G. Haddad, M.D., and Defendant Hartford Life and Accident Insurance Company, through counsel, hereby stipulate and request a 14-day extension based on the following:

1. Plaintiff filed his opening brief re benefit calculations on March 16, 2021. [Dkt. 106]

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4832-2495-0247 v1 - 1 - FOURTH STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE BRIEFING AND HEARING SCHEDULE RE BENEFIT CALCULATIONS

2. Following the submission of Plaintiff's opening brief, the parties continued to discuss the *calculation* of the pre-disability monthly earnings (PDE) to try to reach an agreement without Court intervention. They also discussed trying to reach a global settlement regarding the PDE issue and the prejudgment interest claim.

3. On March 30, 2021, the parties requested and received a 14-day extension on the briefing to see if such an agreement can be worked out without further briefing and expense. [Dkt. 109, 110]

4. Following the extension on March 30, 2021, the parties continued to exchange offers on the PDE issue and to meet and confer on Plaintiff's claim for prejudgment interest. The parties therefore requested another extension of 14-days to continue settlement discussions, and a 21-day extension of the hearing date due to Hartford's counsel's scheduling issues. The court granted the extension. Defendant's Response/Accompanying Declaration answering the Court's questions was due April 30, 2021; Plaintiff's Reply on May 7, 2021 and the hearing would occur on June 1, 2021 at 2:00 p.m.

5. The parties have diligently continued to negotiate during the additional time granted by this Court and have now reached a *reached a resolution* on the PDE issue (which was the more complex issue) subject to the signing of a release, but need additional time to see if they can resolve the prejudgment interest dispute. The parties therefore respectfully request a further extension of 7-days as follows to try and resolve this issue as well:

///
///
///
///
///
///

1  • Defendant's Response/Accompanying Declaration answering the Court's questions continued from April 30, 2021 to **May 7, 2021**.
  • Plaintiff's Reply continued from May 7, 2021 to **May 14, 2021**.
  • Hearing continued from June 1, 2021 at to **June 8, 2021 at 2:00 p.m.**

IT IS SO STIPULATED.

Dated:  April 30, 2021          LAW OFFICES OF LAURENCE F. PADWAY

                                By: */s/ Laurence F. Padway*
                                    Laurence F. Padway
                                    Attorneys for Plaintiff Fadi G. Haddad, M.D.

Dated:  April 30, 2021          BURKE, WILLIAMS & SORENSEN, LLP

                                By: */s/ Michael B. Bernacchi*
                                    Michael B. Bernacchi
                                    Attorneys for Defendant Hartford Life and
                                    Accident Insurance Company

## **ORDER**

Good cause appearing, IT IS SO ORDERED.

Dated: April 30, 2021           _____
                                Honorable William H. Orrick
                                United States District Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4832-2495-0247 v1          - 3 -          FOURTH STIPULATION AND [PROPOSED] ORDER
                                               TO FURTHER CONTINUE BRIEFING AND HEARING
                                               SCHEDULE RE BENEFIT CALCULATIONS