1    LAW OFFICES OF LAURENCE F. PADWAY
     Laurence F. Padway (SBN 89314)
2    1516 Oak Street, Suite 109
     Alameda, CA 94501
3    Tel: 510.814.6100
     Fax: 510.814.0650
4    *Attorneys for Plaintiff Fadi G. Haddad, M.D.*

5    Michael B. Bernacchi (SBN 163657)
     E-mail: mbernacchi@bwslaw.com
6    BURKE, WILLIAMS & SORENSEN, LLP
     444 South Flower Street, Suite 2400
7    Los Angeles, CA 90071-2953
     Tel: 213.236.0600
8    Fax: 213.236.2700
     *Attorneys for Defendant Hartford Life and Accident*
9    *Insurance Company*

10

11                   **UNITED STATES DISTRICT COURT**

12          **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO**

13

14   FADI G. HADDAD, M.D.,                Case No. 2:16-cv-01700-WHO

15              Plaintiff,                **FIFTH STIPULATION AND [        ]**
                                          **ORDER CONTINUING THE BRIEFING**
16   v.                                   **AND HEARINGS SCHEDULE RE**
                                          **BENEFIT CALCULATIONS**
17   SMG LONG TERM DISABILITY PLAN,
     AND HARTFORD LIFE AND ACCIDENT
18   INSURANCE COMPANY,

19              Defendants.

20

21

22

23          WHEREAS, Plaintiff's reply brief re computation of benefits and interest is due on May

24   14, 2021; and

25

26          WHEREAS, counsel for plaintiff requests a one-week extension as he is scheduled for oral

27   argument in the Ninth Circuit on May 14, 2021;

28

Now, therefore, the parties respectfully request that the deadline for plaintiff to file his reply brief be continued from May 14, 2021 to May 21,2021. The parties further stipulate that the hearing date be continued from June 8, 2021 to June 15, 2021 at 2:00 p.m.

IT IS SO STIPULATED.

Dated:  May 11, 2021      Law Offices of Laurence F. Padway

By:  *s/ Laurence F. Padway*
   Laurence F. Padway
Attorneys for Plaintiff
Fadi G. Haddad, M.D.

Dated:  May 11, 2021      Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
   Michael B. Bernacchi
Attorneys for Defendant
Hartford Life and Accident Insurance Company

**ORDER**

IT IS SO ORDERED.

DATED:  _5/12/2021_____

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE