# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** June 15, 2021 | **Time:** 13 minutes<br>2:14 p.m. to 2:27 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 16-cv-1700 | **Case Name:** Haddad v. SMG | |

**Attorney for Plaintiff:**  Laurence Padway
**Attorney for Defendant:**  Michael Bernacchi

**Deputy Clerk:** Jean Davis                **Court Reporter:** Belle Ball

## PROCEEDINGS

Case Management Conference conducted via videoconference.

Counsel heard on the prejudgment interest issue. The Court will, in its discretion and as indicated in its May 28, 2021 Order, DENY the request for prejudgment interest.

Counsel heard on plaintiff's motion for reconsideration on the Hilton offset issue. Dkt. No. 128. The motion for reconsideration is DENIED. There is no justification to revisit the Court's September 22, 2020 Order allowing defendant to take that offset.

The parties shall submit an agreed-to proposed form of judgment (or a redline version reflecting any disagreements regarding the terms) by 6/24/2021 for review. No further Court action or submission from the parties in this case is warranted.