LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN 89314)
2911 Lincoln Avenue
Alameda, CA 94501
Tel: 510.814.6100
Fax: 510.814.0650
*Attorneys for Plaintiff Fadi G. Haddad, M.D.*

Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700
*Attorneys for Defendant Hartford Life and Accident Insurance Company*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| FADI G. HADDAD, M.D., <br><br> Plaintiff, <br><br> v. <br><br> SMG LONG TERM DISABILITY PLAN, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:16-cv-01700-WHO <br><br> **STIPULATION FOR BRIEF EXTENSION OF TIME TO SUBMIT AGREED-TO PROPOSED FORM OF JUDGMENT** |

Plaintiff Fadi G. Haddad, M.D. ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Hartford"), through counsel, hereby stipulate and request a brief extension based on the following:

1. On June 15, 2021, the Court held a status conference and ordered the parties to submit an agreed-to proposed form of judgment (or a redlined version reflecting any disagreements regarding the terms) by June 24, 2021 for review. [Dkt. 129]

2. The parties have *finalized* the PDE settlement and exchanged proposed forms of a final judgment. However, Plaintiff's counsel is undergoing a medical procedure today and the parties have not had a chance to finish the meet and confer over the proposed judgment. Accordingly, by tomorrow (June 25, 2021) at 5:00 p.m., the parties will either submit a joint proposed form of judgment or provide the Court their respective versions of the judgment.

IT IS SO STIPULATED.

Dated: June 24, 2021    Law Offices of Laurence F. Padway

By: */s/ Laurence F. Padway*
    *[As authorized on June 24, 2021]*
    Laurence F. Padway
    Attorneys for Plaintiff
    Fadi G. Haddad, M.D.

Dated: June 24, 2021    Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
    Michael B. Bernacchi
    Attorneys for Defendant
    Hartford Life and Accident Insurance Company

## **ORDER**

Good cause appearing, IT IS SO ORDERED.

Dated: June 25, 2021    _____
                        Honorable William H. Orrick
                        United States District Judge